**Electronically Filed
Supreme Court
SCPR-24-0000057
15-FEB-2024
09:20 AM
Dkt. 7 OGP**

SCPR-24-0000057

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE SARAH MARIE HOFF, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawai‘i, filed on January 25, 2024, by attorney Sarah Marie Hoff (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), but to retain the paper license as a memento, as authorized by RSCH 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has fully complied with the requirements of RSCH 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 11103, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, February 15, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens